FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN 20  PM 1: 13

CLERK'S OFFICE
AT BALTIMORE

BSG: USAO2014R00808

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  CRIMINAL NO. WDQ-15-023 |
| v. | * |
| | *  (Possession of Firearms by a Felon, |
| | *  18 U.S.C. § 922(g)(1); Forfeiture, |
| JAMIE BLANTON, | *  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * |
| Defendant | * |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or about May 13, 2014, to May 14, 2014, in the District of Maryland, the defendant,

**JAMIE BLANTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a DPMS, Model A15, .223 caliber rifle bearing serial number F193853 and a Norinco, MAK-90 Sporter, 7.62x39 rifle bearing serial number 9419416, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Information.

2. As a result of the offense alleged in Count One of this Information, the defendant,

**JAMIE BLANTON,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense, to wit: a DPMS, Model A15, .223 caliber rifle bearing serial number F193853 and a Norinco, MAK-90 Sporter, 7.62x39 rifle bearing serial number 9419416.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Rod J. Rosenstein
United States Attorney

1-20-15
_____
Date